## RECONSIDERATION DOCKET

**00–839. Estate of Liposchak v. Ohio Bur. of Workers' Comp.**
Jefferson App. No. 98JE26. Reported at 90 Ohio St.3d 1248, 740 N.E.2d 287. On motion for reconsideration. Motion denied.

PFEIFER, J., dissents.

**00–1673. State ex rel. Sherrills v. Ohio Adult Parole Auth.**
Franklin App. No. 99AP–1295. Reported at 91 Ohio St.3d 1408, 740 N.E.2d 1109. On motion for reconsideration. Motion denied.

**00–1808. Rust v. Harris–Gordon.**
Lucas App. No. L–99–1287. Reported at 91 Ohio St.3d 1414, 741 N.E.2d 142. On motion for reconsideration. Motion denied.

RESNICK, J., not participating.

**00–1851. Bohanan v. Old Republic Title Agency of Columbus, Inc.**
Franklin App. No. 00AP–644. Reported at 91 Ohio St.3d 1415, 741 N.E.2d 142. On motion for reconsideration and on motion to strike motion for reconsideration. Motions denied.

**00–1894. State v. Lorraine.**
Trumbull App. No. 99–T–0060. Reported at 91 Ohio St.3d 1416, 741 N.E.2d 143. On motion for reconsideration. Motion denied.

**00–1943. Baker v. Ohio Dept. of Human Serv.**
Lucas App. No. L–00–1253. Reported at 91 Ohio St.3d 1416, 741 N.E.2d 143. On motion for reconsideration. Motion denied.

**00–2029. Snow v. Brown.**
Franklin App. No. 99AP–1234. Reported at 91 Ohio St.3d 1417, 741 N.E.2d 143. On motion for reconsideration. Motion denied.

**00–2041. Soler v. Evans, St. Clair & Kelsey.**
Franklin App. No. 99AP–1020. Reported at 91 Ohio St.3d 1417, 741 N.E.2d 143. On motion for reconsideration. Motion denied.

MOYER, C.J., DOUGLAS and RESNICK, JJ., dissent.